UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRY KWAAK, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PFIZER, INC,<br>a Delaware Corporation,<br><br>　　　　　Defendant. | Civil Action No. 05-CV-10591-NMG |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Local Rule 7.3, Plaintiff Pfizer, Inc. ("Pfizer") makes the following corporate disclosure statement:

•　　Pfizer has no parent corporation.

•　　 No publicly traded company owns 10% or more of Pfizer stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PFIZER, INC.
　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　/s/Dora Kripapuri_____
　　　　　　　　　　　　　　　　　　　William M. Cowan, Esq., BBO # 566940
　　　　　　　　　　　　　　　　　　　Dora Kripapuri, Esq., BBO # 654236
　　　　　　　　　　　　　　　　　　　Mintz, Levin, Cohn, Ferris,
　　　　　　　　　　　　　　　　　　　　　Glovsky and Popeo, P.C.
　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　Boston, MA  02111
　　　　　　　　　　　　　　　　　　　(617) 542-6000

Dated:  April 1, 2005


LIT 1513308v1