# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRY KWAAK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER INC.,<br><br>    Defendant. | Civil Action No.: 05-10591-NMG |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REASSIGN RELATED CASE

Plaintiff Sherry Kwaak ("Plaintiff") hereby opposes the motion of defendant Pfizer, Inc. to reassign this case to Chief Judge William Young.

Plaintiff states that concurrently with the filing of this Opposition, she is moving to remand the instant action to the Middlesex Superior Court, where she originally filed her complaint on January 13, 2005. Plaintiff believes that said motion is meritorious and will be allowed. In addition, the "closely-related case" assigned to Judge Young on which the motion for reassignment is based - Natale v. Pfizer, Inc., C.A. No. 05-CV-10590(WGY) - is itself the subject of a motion to remand. While it may be appropriate for the Court to consider reassignment in the event both motions to remand are denied, it is clearly not warranted at this juncture.

Accordingly, the motion to reassign should be denied.

Dated: April 22, 2005

        Respectfully submitted,

        /s/Kenneth D. Quat
        BBO 408640
        9 Damonmill Square, Suite 4A-4
        Concord MA 01742
        978-369-0848

        Of Counsel:

        Lance A. Harke, P.A.
        HARKE & CLASBY LLP
        155 South Miami Ave., Suite 600
        Miami, Florida 33130
        (305) 536-8220

        Ben Barnow
        BARNOW AND ASSOCIATES, P.C.
        One North LaSalle Street, Suite 4600
        Chicago, Illinois  60602
        312-621-2000

2