### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRY KWAAK, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFIZER INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-10591-NMG |

### PLAINTIFF'S MOTION TO REMAND CASE AND TO AWARD COSTS AND ATTORNEY'S FEES

Pursuant to 28 U.S.C. §1447(c), plaintiff Sherry Kwaak hereby moves that this action be remanded to the Middlesex County Superior Court, Commonwealth of Massachusetts, where plaintiff filed her original complaint on January 13, 2005.

As demonstrated in plaintiff's Memorandum of Law, filed herewith, this case does not present a federal question and this Court does not have diversity jurisdiction over it pursuant to 28 U.S.C. §1332. Accordingly, defendant's removal of this case from state court was without foundation and remand is therefore required. In addition, because defendant's purported grounds for removal are so clearly contrary to well-established precedent, plaintiff should be awarded her costs and attorney's fees.

Respectfully submitted,

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848


Of Counsel:

Lance A. Harke, P.A.
HARKE & CLASBY LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
 (305) 536-8220

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois  60602
312-621-2000