UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRY KWAAK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 05-10591-NMG |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW
### (Assented-To)

Plaintiff moves that this Honorable Court permit her to file a memorandum of law in reply to defendant's opposition to her motion to remand to state court, which reply is being filed herewith. This additional memorandum is necessary in order to respond to certain matters raised in defendant's opposition – including authorities not set forth in defendant's Notice of Removal – as well as to address a court decision issued since the filing of the motion to remand. Plaintiff further states that this reply will be of substantial assistance to the Court in resolving the issues raised by the motion to remand.

Counsel for defendant has indicated his assent to the instant motion.

Respectfully submitted,
For the plaintiff:

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848