UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____)
                              )
JERRY NATALE,                 )
     On Behalf of Himself and )
     All Others Similarly     )
     Situated,                )
          Plaintiff,          )
                              )
v.                            )
                              )
PFIZER INC.                   )  CIVIL ACTION
          Defendants,         )  NO. 05-10590-WGY
                              )
                              )
                              )
SHERRY KWAAK,                 )
     On Behalf of Herself and )
     All Others Similarly     )
     Situated,                )
          Plaintiff,          )
                              )
v.                            )
                              )
PFIZER INC.                   )  CIVIL ACTION
          Defendants,         )  NO. 05-10591-WGY
                              )
_____)
```

ORDER OF CERTIFICATION

YOUNG, C.J.                                    July 28, 2005

The question of law certified to the United States Court of
Appeals for the First Circuit is: under section 9 of the Class
Action Fairness Act of 2005, is a civil action "commenced" on the
date a class action complaint is filed by a plaintiff in the
state court or on the date a case is removed by a defendant to
the federal court?

SO CERTIFIED.

/s/ William G. Young

_____

WILLIAM G. YOUNG
CHIEF JUDGE