# United States Court of Appeals
## For the First Circuit

No. 05-2203

JERRY NATALE, on behalf of himself and all others similarly situated; SHERRY KWAAK, on behalf of herself and all others similarly situated,

Plaintiffs, Appellees

v.

PFIZER INC.,

Defendant, Appellant

**NOTICE**

Dated: August 9, 2005

On August 9, 2005, this Court granted the petition for permission to appeal filed by Pfizer, Inc. in No. 05-8006. The case will now proceed as Appeal No. 05-2203. All parties are directed to use the above case caption for all future filings, including briefs and appendices.

By August 19, 2005, the appellant, must pay the district clerk a filing fee in the amount of $255.00.   See F.R.A.P. 5(d).  A notice of appeal need not be filed.  The district clerk will notify the circuit clerk once the appellant has paid the filing fee.

By the Court:
Richard Cushing Donovan, Clerk.

[certified copy: Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Andrew Nathanson, Esq., William M. Cowan, Esq., Dora L. Kripapuri, Esq., Thomas A. Smart, Esq., Richard A. DeSevo, Esq., Robert Grass, Esq., Alan E. Rothman, Esq., David Pastor, Esq. and Kenneth David Quat, Esq.]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 8-9-05