UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERRY NATALE, an individual, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-CV-10590-WGY |
| v. | ) ) | |
| PFIZER INC, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| SHERRY KWAAK, an individual, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-CV-10591-WGY |
| v. | ) ) | |
| PFIZER INC, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Attorney Andrew N. Nathanson, Esquire, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendant Pfizer, Inc. in the above referenced actions.

*Andrew Nathanson*
Andrew N. Nathanson, Esq., BBO # 548684
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

DATED: August 11, 2005

LIT 1536769v1