05-10590
05-10591
USDC/MA
Judge Young

# United States Court of Appeals
## For the First Circuit

No. 05-2203

**MANDATE**

JERRY NATALE, on behalf of himself and all others similarly situated; SHERRY KWAAK, on behalf of herself and all others similarly situated,

Plaintiffs, Appellees,

v.

PFIZER, INC.,

Defendant, Appellant.

---

**JUDGMENT**

Entered: September 16, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's remand order is affirmed.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10-7-05

[cc: Mr. Narthanson, Mr. Cowan, Ms. Kripapuri, Mr. Smart, Mr. DeSevo, Mr. Grass, Mr. Rothman, Mr. Pastor & Mr. Quat.]