# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action<br>No: <u>05-10591-WGY</u>

KWAAK
Plaintiff

v.

PFIZER
Defendant

## ORDER OF REMAND

YOUNG, C.J.

In accordance with the Court's order of 7/28/05, the above-entitled action is hereby remanded to Superior Court sitting in and for the County of Middlesex.

By the Court,<br><br>/s/ Elizabeth Smith<br>_____<br>Deputy Clerk

November 15, 2005

To: All Counsel